Jack Silver, Esq. SB #160575
LAW OFFICE OF JACK SILVER
708 Gravenstein Hwy. N., #407
Sebastopol, CA 95472-2808
Telephone (707) 528-8175
Email: jsilverenvironmental@gmail.com

David J. Weinsoff, Esq. SB #141372
LAW OFFICE OF DAVID J. WEINSOFF
138 Ridgeway Avenue
Fairfax, CA 94930
Telephone (415) 460-9760
Email: david@weinsofflaw.com

Attorneys for Plaintiff
CALIFORNIA RIVER WATCH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CALIFORNIA RIVER WATCH, an IRC Section 501(c)(3), non-profit, public benefit corporation,<br><br>Plaintiff,<br>v.<br>CITY OF RANCHO PALOS VERDES,<br><br>Defendant. | Case No.: 2:17-cv-05718 JAK (PLAx)<br><br>**NOTICE OF LODGING OF [PROPOSED] CONSENT DECREE** |

Plaintiff California River Watch hereby submits and lodges with this Court the attached [Proposed] Consent Decree.

DATED: November 28, 2017        LAW OFFICE OF JACK SILVER

By: _/s/ Jack Silver_
Jack Silver
Attorney for Plaintiff
CALIFORNIA RIVER WATCH